UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

3:09-bk-08387-JAF

In re:

WONA WILLIAMS MANN

_____Debtor___/

## ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1307, it is

ORDERED:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. §362 and the stay of action against codebtor imposed by 11 U.S.C. § 1301 are lifted.

3. The Trustee shall refund all funds on hand, if any, to the Debtor.

DONE AND ORDERED in Jacksonville, Florida this 21 day of July, 2010.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
All Interested Parties

#830/30